UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-221-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER ALLOWING MOTION |
| v. | ) | TO DISMISS ARREST WARRANT |
| | ) | |
| TIMOTHY RAY McCLAIN | ) | |

The matter before the Court is the Motion, filed on September 14, 2011, by the United States of America, asking that the Court dismiss the arrest warrant previously issued in this case.

Based on a review of the United States' Motion, the pleadings herein, and for good cause shown, the United States' Motion is hereby ALLOWED.

The arrest warrant hereby is dismissed.

SO ORDERED.

This, the 14th day of September, 2011.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE